UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
In Re:

**TCB PROPERTY MANAGEMENT CORP.,**

Chapter 11
Case No. 13-11285

Debtor.

------------------------------------------------------------X

## AFFIDAVIT OF KENNETH COLLADO PURSUANT TO LOCAL BANKRUPTCY RULE 1007-2

STATE OF NEW YORK  )
                                        ss.:
COUNTY OF BRONX)

Kenneth Collado, duly sworn deposes and says:

1. I am the President and sole shareholder of TCB Property Management Corp. ("the Debtor"). I am fully familiar with the facts set forth herein, and am authorized to make this affidavit, on behalf of the Debtor.

2. The Debtor is a New York Corporation engaged in the business of owing the real property known as and located at 1855 East Tremont Avenue, Bronx, New York.

3. The Debtor's financial problems, which lead to the commencement of this Chapter 11 case, were caused, in part, by actions taken by 1855 East Tremont Corp. and by Axion Construction & Development LLC's ("Axion") actions in filing a willfully exaggerated mechanic's lien against the Debtor and its unjustified failure to perform as agreed to under a construction contract.

4. No pre-petition committee was organized prior to the order for relief.

1

5. The Debtor's alleged secured creditors are 1855 East Tremont Corp. and Axion.

6. A summary of the Debtor's assets and liabilities will be set forth on the summary of schedules annexed to the petition.

7. The names and addresses of the twenty largest unsecured creditors, excluding insiders, appear on Schedule F of the Chapter 11 Petition.

8. The Debtor currently has a written commercial lease agreement with K&R Parking Corp.

9. To the best of my knowledge, the only actions or proceedings pending against the Debtor are entitled <u>1855 Tremont Corp v. TCB Property Management Corp. et. al</u> (Index No. 381232/10) pending in the Supreme Court of the State of New York, County of Bronx, and <u>Axion Construction & Development LLC v. TCB Property Management Inc., TCB Property Management Corp., et al.</u> (Index No. 302234/2012) pending in the Supreme Court of the State of New York, County of Bronx.

10. To the best of my knowledge, the Debtor's assets are in the possession and control of a receiver.

11. The Debtor maintains its principal place of business at 1855 East Tremont Avenue, Bronx, New York 10460.

12. The Debtor's principal assets are located at at 1855 East Tremont Avenue, Bronx, New York 10460.

13. The purpose of filing this petition is to preserve the assets of the Debtor for the benefit of the creditors and equity holders, and to preserve priorities of creditors, and rehabilitate the business. The Debtor hopes to be able to file a plan of reorganization in this case.

14. The Debtor's senior management consists solely of me.

15. The estimated amount of payroll due to the Debtor's employees, exclusive of officers, for a period of thirty days following the filing of the petition is $00.00.

16. No salaries are currently being paid by the Debtor to its officers.

17. The estimated revenues and additional operating expense of the Debtor for the next thirty days are as follows:

**INCOME**
Income                    $00.00


**EXPENSES**              $00.00

18. The Debtor has made no public offering of its securities and no securities issued by the Debtor are publicly held.

Dated: Bronx, New York
April 23, 2013

duly sworn
on 4-23-13

Kenneth Collado President
of TCB Property Management Corp.

JOEL SHAFFERMAN
NOTARY PUBLIC-STATE OF NEW YORK
No. 02SH6110071
Qualified in New York County
Commission Expires June 28, 2016

3